1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9

10  ARCHWAY INSURANCE )
    SERVICES, LLC, *et al*., )
11                              )
                    Plaintiff,  )        Case No.  2:11-cv-01173-JCM-CWH
12                              )
    vs.                         )        **ORDER**
13                              )
    JAMES HARRIS, *et al*.,     )
14                              )
                    Defendants. )
15  _____ )

16          This matter is before the Court on Plaintiffs Counsel's Motion to Withdraw as Counsel of
17  Record (#59), filed October 16, 2012.

18          The William E. Cooper Law Office requests leave of Court to withdraw as counsel of record for
19  Plaintiffs in this matter.  Pursuant to Local Rule IA 10-6(b), "[n]o attorney may withdraw after
20  appearing in a case except by leave of court after notice has been served on the affected client and
21  opposing counsel."  The Court has reviewed the motion and finds that there is good cause for
22  withdrawal and that counsel has complied with the requirements of LR 10-6(b).  Accordingly,

23          **IT IS HEREBY ORDERED** that Plaintiffs Counsel's Motion to Withdraw as Counsel of
24  Record (#59) is **granted**.

25          **IT IS FURTHER ORDERED** that Plaintiffs shall have until **Thursday, November 1, 2012**, to
26  advise the Court if they will retain new counsel.  Plaintiffs are corporate entities and may only appear in
27  this matter through a licensed attorney.  A corporation may appear in federal court only through
28  licensed counsel.  *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

            **IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1.     Add the last known address of Plaintiff Archway Insurance Services, LLC to the civil docket:

**Archway Insurance Services, LLC**
**370 Commerce Drive, Suite 101**
**Fort Washington, Pennsylvania 19034**
**(610) 242-2000**

2.     Add the last known address of Plaintiff Union One Insurance Group, LLC to the civil docket:

**Union One Insurance Group**
**370 Commerce Drive, Suite 101**
**Fort Washington, Pennsylvania 19034**
**(610) 242-2000**

3.     Add the last known address of Plaintiff Nevada Investment Partners, LLC to the civil docket:

**Nevada Investment Partners, LLC**
**370 Commerce Drive, Suite 101**
**Fort Washington, Pennsylvania 19034**
**(610) 242-2000**

4.     Add the last known address of Plaintiff Trinity Capital Management Group, LLC to the civil docket:

**Trinity Capital Management Group, LLC**
**370 Commerce Drive, Suite 101**
**Fort Washington, Pennsylvania 19034**
**(610) 242-2000**

**IT IS FURTHER ORDERED** that the William E. Cooper Law Offices shall serve a copy of this order on Plaintiffs.  The Clerk of Court shall send a copy of this order to Plaintiffs via certified mail.

DATED this 17th day of October, 2012.

_____
**C.W. HOFFMAN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

2