1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ARCHWAY INSURANCE
SERVICES, LLC, *et al.*,               )
                                       )
                                       )
                    Plaintiff,         )      Case No.  2:11-cv-01173-JCM-CWH
                                       )
vs.                                    )      **ORDER**
                                       )
JAMES HARRIS, *et al.*,                )
                                       )
                    Defendants.        )
_____)

        This matter is before the Court on Defendants' Motion to Extend Time (#110) and Motion to
Extend Time (#111), both filed April 11, 2013.  The undersigned has reviewed the motions and finds
there is good cause for the requested extensions.  Accordingly,

        **IT IS HEREBY ORDERED** that Defendants' Motion to Extend Time (#110) is **granted**.
Defendants' reply in support of motion (#95) shall be filed by **April 17, 2013**.

        **IT IS HEREBY ORDERED** that Defendants' Motion to Extend Time (#111) is **granted**.
Defendants' response to motion (#101) shall be filed by **April 17, 2013**.

        DATED: April 12, 2013.

                                        _____
                                        **C.W. HOFFMAN, JR.**
                                        **UNITED STATES MAGISTRATE JUDGE**