UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ARCHWAY INSURANCE SERVICES, LLC, *et al.*, | ) ) ) | |
| Plaintiff, | ) ) | Case No.  2:11-cv-01173-JCM-CWH |
| vs. | ) ) | **ORDER** |
| JAMES HARRIS, *et al.*, | ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on Defendants' Motion to Extend Time (#110) and Motion to Extend Time (#111), both filed April 11, 2013.  The undersigned has reviewed the motions and finds there is good cause for the requested extensions.  Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Extend Time (#110) is **granted**. Defendants' reply in support of motion (#95) shall be filed by **April 17, 2013**.

**IT IS HEREBY ORDERED** that Defendants' Motion to Extend Time (#111) is **granted**. Defendants' response to motion (#101) shall be filed by **April 17, 2013**.

DATED: April 12, 2013.

**C.W. HOFFMAN, JR.**
**UNITED STATES MAGISTRATE JUDGE**