# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARCHWAY INSURANCE SERVICES, LLC, *et al.*, | ) ) ) |
| Plaintiff, | ) Case No. 2:11-cv-01173-JCM-CWH |
| vs. | ) **ORDER** |
| JAMES HARRIS, *et al.*, | ) ) |
| Defendants. | ) ) |

The parties have submitted a Stipulated Protective Order (#137). The Court has approved the parties' protective in order to facilitate the parties' discovery exchanges. This order modifies the stipulated protective order with respect to any documents filed or submitted under seal. To the extent the parties seek to seal documents filed with the Court, they must seek leave pursuant to the requirements set forth in Local Rule 10-5(b) and applicable case law. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). The failure to comply with these requirements may result in the request to seal being denied and the unsealing of papers filed under seal.

**IT IS SO ORDERED**.

DATED: June 17, 2013.

_____
**C.W. HOFFMAN, JR.**
**UNITED STATES MAGISTRATE JUDGE**