MARIO P. LOVATO
Nevada Bar No. 7427
LOVATO LAW FIRM, P.C.
8670 W. Cheyenne Ave., Suite 120
Las Vegas, NV 89129
T: (702) 979-9047
F: (702) 554-3858
Attorney for Defendants / Counterclaimants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARCHWAY INSURANCE SERVICES, LLC; UNION ONE INSURANCE GROUP, LLC; NEVADA INVESTMENT PARTNERS, LLC; and TRINITY CAPITAL MANAGEMENT GROUP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES HARRIS; HARRIS CONSULTING SERVICES, INC.; and GREGORY HARRIS, <br><br> Defendants. | CASE NO. 2:11-CV-1173-JCM-CWH |
| JAMES HARRIS; HARRIS CONSULTING SERVICES, INC.; and GREGORY HARRIS, <br><br> Counterclaimants, <br><br> v. <br><br> ARCHWAY INSURANCE SERVICES, LLC; UNION ONE INSURANCE GROUP, LLC; NEVADA INVESTMENT PARTNERS, LLC; and TRINITY CAPITAL MANAGEMENT GROUP, LLC; DOE INDIVIDUALS 1-10; and ROE ENTITIES 11-20, <br><br> Counterdefendants | |

**DEFENDANTS / COUNTERCLAIMANTS'
MOTION FOR EXTENSION OF TIME
(Second Request)**

Defendants / Counterclaimants James Harris, Greg Harris and Harris Consulting Services, Inc. ("the Harrises"), through counsel, move to extend the dispositive motion deadline, by two court days, from the current date of September 26, 2013 to **September 30, 2013**.

This motion is timely filed before expiration of the current deadline for filing dispositive motions in this matter.

The reasons for requesting this extension is that, while Defendants / Counterclaimants have largely drafted the motions, additional time is needed to finalize the affidavits and declarations in support of the motions, to finalize communications with any such witnesses, to review and determine the excerpts of recently-obtained deposition transcripts to be used, and to address additional issues being raised by discovery motions and other pending matters. This minor extension of time will allow for the claims to be properly addressed on the merits in accordance with Rule 56, and otherwise, in accordance with the rules and procedures governing this action.

LOVATO LAW FIRM, P.C.

　　　／s/ Mario Lovato　　　　
MARIO P. LOVATO
Nevada Bar No. 7427
Attorney for Defendants / Counterclaimants

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 27, 2013

2