**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARCHWAY INSURANCE SERVICES, LLC, *et al.*, | ) ) ) |
| Plaintiff, | ) Case No. 2:11-cv-01173-JCM-CWH |
| vs. | ) **ORDER** |
| JAMES HARRIS, *et al.*, | ) ) |
| Defendants. | ) ) |

This matter is before the Court on Plaintiffs' Motion to Seal (#149), filed September 9, 2013. Plaintiffs seek to seal certain exhibits attached to currently pending non-dispositive motions. Consistent with the parties' protective order (#138), Local Rule 10-5(b), and *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), the Court finds there is good cause for the request. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Seal (#149) is **granted**.

DATED: October 18, 2013.

_____
**C.W. HOFFMAN, JR.**
**UNITED STATES MAGISTRATE JUDGE**