✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____Nevada_____

ARCHWAY INSURANCE SERVICES,
LLC, et al.,

                            Plaintiff,

         V.

JAMES HARRIS, et al.,

                       Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:11-CV-1173 JCM (CWH)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that judgment is in favor of Defendants Gregory Harris and James Harris for attorney fees in the amount of $86,563.17 and against Plaintiffs Archway Insurance Services, LLC, et al. per order #178.

      8/5/2014

Date

/s/ Lance S. Wilson

Clerk

/s/ D. Johnson

(By) Deputy Clerk